Date: 09/09/11                                                                                                                                    Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 2017 Dated 09/09/11
Case Number 10-35973 - FILALI, NASSER FAKIR

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Surgical Consultants<br>PO Box 9348<br>Minneapolis MN 55440-9348<br>   SCCL | 000001 | 363.13 | 3.42 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   0837 | 000015 | 203.94 | 1.92 |
| ---------- Remittance Total ---------------- | | 567.07 | 5.34 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 SEP 12 AM 11:51 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                                                                Printed: 09/09/11 10:49 AM  Ver: 16.02b